**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10611 |
| Plaintiff - Appellee, | D.C. No. 2:89-cr-00178-GMS |
| v. | |
| GARY PATRICK CALLAHAN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

Gary Patrick Callahan appeals from the district court's order denying his

18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

Callahan contends that he is entitled to a sentence reduction based on

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Amendment 739 to the Sentencing Guidelines, which amended U.S.S.G. § 5H1.11 to allow a sentencing court to consider whether a defendant's military service is relevant in determining whether a departure is warranted. *See* U.S.S.G., Appendix C, Amendment 739 (2010). This claim lacks merit because Amendment 739 did not alter Callahan's applicable sentencing range, therefore his sentence is not "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *See United States v. Leniear*, 574 F.3d 668, 673 (9th Cir. 2009); 18 U.S.C. § 3582(c)(2). Moreover, a reduction in Callahan's term of imprisonment would not be "consistent with applicable policy statements issued by the Sentencing Commission." *See Leniear*, 574 F.3d 674; U.S.S.G. §1B1.10(a)(2).

To the extent that Callahan raises additional claims to support his request for a sentence reduction, those claims are not cognizable in a motion under 3582(c)(2).

**AFFIRMED.**